438 F.2d 123
 Nick GRAPHIA, Plaintiff-Appellant,
v.
TYLOK SOUTHERN, INC., et al., Defendants-Appellees.
 No. 30144 Summary Calendar.*
 United States Court of Appeals, Fifth Circuit.
 Feb. 8, 1971.
 
 Brumfield & Brumfield, H Alva Brumfield, Sylvia Roberts, Baton Rouge, La., for plaintiff-appellant.
 Taylor, Porter, Brooks & Phillips by Frank M. Coates, Jr., Baton Rouge, La., for defendants-appellees.
 Appeal from the United States District Court for the Eastern District of Louisiana; E. Gordon West, Chief Judge.
 Before GEWIN, GOLDBERG, and DYER, Circuit Judges.
 PER CURIAM:
 
 Affirmed. See Local Rule 21.[1]
 
 
 *
 Rule 18, 5th Cir.; See Isbell Enterprises, Inc. v. Citizens Casualty Company of New York et al., 5 Cir. 1970, 431 F.2d 409, Part I
 
 
 [1]
 See NLRB v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F.2d 966